**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ZAIDA B.,

                    Plaintiff,                    20 **CIVIL** 9748 (GBD) (GRJ)

        -v-                                        **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                    Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Memorandum Decision & Order dated August 30, 2022, that the Magistrate Judge Jones' Report and Recommendation is ADOPTED IN FULL. The Commissioner's motion for judgment on the pleadings is DENIED. Plaintiff's motion seeking the same is GRANTED. The case is remanded to the ALJ for further proceedings.

**Dated:**  New York, New York
           August 31, 2022

                                                                **RUBY J. KRAJICK**

                                                                 **Clerk of Court**

                           **BY:**

                                                               **Deputy Clerk**